

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

ALAN RUSSELL COOK, SR.,

Defendant.

Criminal No. 1:21-cr-72

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on December 7, 2021, defendant Alan Russell Cook, Sr. was found guilty by the Court of fraudulent transfer and concealment, in violation of 18 U.S.C. §§ 152(7) and 2, as well as false bankruptcy declaration, in violation of 18 U.S.C. § 152(3), among other offenses;

AND WHEREAS, the Court's jurisdiction is founded upon 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

AND WHEREAS, on April 15, 2022, the United States filed a Motion for Preliminary Order of Forfeiture requesting the forfeiture of a monetary judgment in the amount of $177,382.50;

AND WHEREAS, the Court finds that the government has met its burden to prove that the proceeds the defendant obtained from the offenses in Counts Three and Six are $177,382.50;

AND WHEREAS the Court further finds that the government has met its burden to show that the property subject to forfeiture is unavailable due to acts or omissions by the defendant as set forth in 21 U.S.C. § 853(p)(1)(A) and (B), thereby satisfying 21 U.S.C. § 853(p)(2);

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C.

§ 981(a)(1)(C) and 28 U.S.C. § 2461(c):

    a. A sum of money in the amount of $177,382.50, representing the proceeds the defendant obtained from the offenses in Counts Three and Six and which sum shall constitute a monetary judgment against the defendant and in favor of the United States. This is a sum for which the defendant shall be solely liable.

2. A money judgment in the amount of $177,382.50 shall be included in the sentence of the defendant, and the United States may take steps to collect said judgment from any assets of the defendant by all available means, as provided by law.

3. As this Order provides only for a money judgment, rather than the forfeiture of specific property, pursuant to Fed. R. Crim. P. 32.2(c)(1) no ancillary proceeding shall follow the entry of this Order and this Order shall be the final order with respect to the money judgment. Upon the subsequent seizure of any property to satisfy all or part of the judgment, the United States shall comply with the notice and publication provisions of Fed. R. Crim. P. 32.2(b)(6).

4. Upon entry of this order, the United States Attorney's Office is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and the issuance of subpoenas, to identify, locate, or dispose of forfeitable property.

5. Pursuant to Rule 32.2(b)(4)(B), this order of forfeiture shall be included in the Judgment imposed in this case.

*/s/ Claude M. Hilton*
Honorable Claude M. Hilton
United States District Judge

Alexandria, Virginia

Dated: Apr. 22, 2022

I Ask For This:

Jessica D. Aber
United States Attorney


By:      /s/ Annie Zanobini
         Annie Zanobini
         Assistant United States Attorney
         California Bar No. 321324
         2100 Jamieson Avenue
         Alexandria, Virginia 22314
         Office Number: (703) 299-3903
         Facsimile Number: (703) 299-3982
         Email Address: annie.zanobini2@usdoj.gov