FILED
IN OPEN COURT

MAR 22 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 1:21CR072 |
| ) | |
| ALAN RUSSELL COOK, SR., ) | |
| ) | |
| *Defendant*.   ) | |
| _____ ) | |

### RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$365,961.13.**

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward all restitution payments to the victims' at the addresses provided in the Attachment A to this Order.

4. Interest:

    __✓__ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 200.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. Pursuant to 18 U.S.C. § 3664(i), the priority of payments to victims shall be:

   a. All other victims shall be paid in full first on a pro rata basis.

   b. IRS shall be paid last.

_____
Honorable Claude M. Hilton
United States District Judge

ENTERED this 22nd day of Apr, 2022.
at Alexandria, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

_____
Jamar K. Walker
Assistant United States Attorney

2

## REDACTED ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Office for Victims of Crime | $18,298.05 |
| IRS | $16,705.74 |
| G.C | $70,994.08 |
| Capital One Bank | $2,178.61 |
| Sequel Stallion New York LLC<br>131 SE 33rd Avenue<br>Ocala, FL 34471 | $2,143.82 |
| SunTrust Bank Attn: Support Services | $8,977.70 |
| American Express<br>200 Vesey Street<br>MC: 01-04-02 Marianne King<br>New York, NY 10285<br>Case Number 318575 | $18,070.65 |
| Roux Investment Management | $10,192.82 |
| Cloudhopper LLC<br>William M. Backer Marital Trust<br>Georgia Herbert P.C.<br>PO Box 21<br>The Plains, VA 20198<br>Memo Line: Cloudhopper | $65,372.83 |
| Verizon by American | $76.21 |
| TD Bank, N.A. | $9,743.10 |
| J.L. | $143,207.52 |
| **Total due from defendant:** | $365,961.13 |

## FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002

## SEALED ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Office for Victims of Crime<br>810 Seventh St. NW<br>Washington, DC 20531 | $18,298.05 |
| IRS | $16,705.74 |
| Glenna Denise Cook<br>12300 Meadowland Lane<br>Nokesville, VA 20181 | $70,994.08 |
| Capital One Bank<br>15000 Capital One Drive<br>Richmond, VA 23238<br>ATTN: Specialty Investigations | $2,178.61 |
| Sequel Stallion New York LLC | $2,143.82 |
| Truist Bank Attn: Support Services | $8,977.70 |
| American Express<br>200 Vesey Street<br>MC: 01-04-02 Marianne King<br>New York, NY 10285<br>Case Number 318575 | $18,070.65 |
| Roux Investment Management<br>David Roux<br>9323 Saint Brides Lane<br>Upperville, VA 20184 | $10,192.82 |
| Cloudhopper LLC<br>William M. Backer Marital Trust<br>Georgia Herbert P.C.<br>PO Box 21<br>The Plains, VA 20198<br>Memo Line: Cloudhopper | $65,372.83 |
| Verizon by American | $76.21 |
| TD Bank, N.A. | $9,743.10 |
| John Long<br>c/o John Long Company of Virginia, Inc.<br>7044 Colchester Park Drive<br>Manassas, VA 20112 | $143,207.52 |
| **Total due from defendant:** | $365,961.13 |