IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21CR72 |
| | ) | Hon. Claude M. Hilton |
| ALAN RUSSELL COOK, SR., | ) | |
| *Defendant.* | ) | |

## NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this court on the 26th day of April, 2022.

Respectfully submitted on this 9th day of May, 2022.

Respectfully submitted,
Alan Russell Cook, Sr.
By Counsel

_____/s/_____
Whitney E.C. Minter
Virginia Bar Number 47193
Attorney for the Defendant
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0855 (telephone)
(703) 600-0880 (fax)
whitney_minter@fd.org (e-mail)